Earl M. Riley 1-2-08
+
Verlin B. Riley
NO. B-07-81258C-13D

    Earl M Riley + Verlin B. Riley would to objections to this Motion and we would like to request a hearing.

Earl M Riley
+
Verlin B Riley

Cecil W. Kelley
Verlene B. Kelley
309 Elmira Rd.
Durham, N.C.
27713

101 S. Edgeworth Street
Greensboro, NC 27401