C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-0781258 C-13D |
| Earl M. Riley | ) | |
| Verline B. Riley | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING STANDING TRUSTEE'S MOTION
## TO MODIFY DEBTORS' PLAN

On February 21, 2008, a hearing was held on Motion by the Standing Trustee pursuant to 11 U.S.C. §1329 to modify the Debtors' plan. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. The Court, after considering the Motion and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Motion should be denied in accordance with the terms of this Order; therefore, it is

ORDERED that the Motion of the Trustee to modify the Debtors' plan pursuant to 11 U.S.C. §1329 is denied without prejudice.

**PARTIES IN INTEREST**
**Page 1 of 1**
**07-81258 C-13D**

Earl M. Riley
Verline B. Riley
307 Ebon Rd.
Durham, NC  27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702