Earl M. Riley
Verline B. Riley
   Debtor(s)

No. B-07-81258 C-13D

To whom it may concern: Earl M. Riley and Verline B. Riley object to Americas Servicing Company increase our monthly mortgage payment. Because at time we are unable to afford this payment. We strongly object to this because the thirteen chapter (13) are already taking our checks. We have a car is broke down & we can't afford to have repair and also Chapter thirteen stated that we have to still pay the insurance, and we don't understand why we can't drop the insurance on a car that isn't he driving at all. that can be some money to have to go to the hospital paid the co-pay at the client. Earl & Verline strongly objection to this claim about us. This was written Date 9-28-10. By
  Mr. Earl M. Riley
  Mrs. Verline B. Riley

