# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-07-81258 C-13D |
| Earl M. Riley | ) | |
| Verline B. Riley | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING STANDING TRUSTEE'S MOTION TO
## ALLOW AMENDED CLAIM OF AMERICAS SERVICING

On March 15, 2011, a hearing was held on Motion by the Standing Trustee to allow an amended claim in favor of Americas Servicing. The Debtors filed a response objecting to the Trustee's Motion. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Richard M. Hutson II, Standing Trustee appeared. The Trustee amended his Motion in open Court to provide for payments to Americas Servicing of $1,541.50 per month and a secured claim for escrow shortages in the amount of $2,379.60. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the Trustee's Motion should be granted as amended; therefore, it is ORDERED:

1. The Motion, as amended, by the Trustee pursuant to 11 U.S.C. §1329 is granted.

2. Americas Servicing's monthly payment shall be scheduled at $1,541.50 beginning November, 2010, and an administrative claim for escrow shortages is allowed in the amount of $2,379.60.

3. The Trustee shall review the Debtors' plan to determine if an increase in plan payments is necessary and shall amend the Debtors' plan accordingly.

# PARTIES IN INTEREST
Page 1 of 1
07-81258 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**