Mr. Earl & Verlene Riley
307 Ebon Rd
Durham, N.C
27713

NO: B-07-81258-13D

FILED APR 26 11 AM 10:30 USBC-GBO

Date: 4-22-11

To Whom it May concern,

Earl Riley and Verlene Riley are the parties who has objection to this Motion of Americas Servicing Co. has filed to rise the Monthly payment to 1,919.87 The reason is because we can't afford. They haven't showed us any proof of the Escrow analysis or what it's for.

(P.S.) From the first day going to the Bankruptcy Attorney told us that our Bankruptcy payment couldn't go over 1200.00 dollars per month. And we'll paying over almost 1900.00 hundred a month how can we live. We can't afford our payment up anymore or anything; This is outrageous

Thank you,
Earl M. Riley
Verline Riley