# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-07-81258  C-13D |
| Earl M. Riley | ) | |
| Verline B. Riley | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING STANDING TRUSTEE'S MOTION TO
## ALLOW CLAIM OF AMERICAS SERVICING

On June 21, 2011, a hearing was held on Motion by the Standing Trustee to allow an amended claim in favor of Americas Servicing. The Debtors filed a response objecting to the amount of the amended claim. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtors; Joseph Vonnegut, Esq. appeared on behalf of Americas Servicing and, Richard M. Hutson II, Standing Trustee appeared. The Trustee stated to the Court he had been informed by counsel that all matters in controversy had been settled and amended his Motion in open Court accordingly. The Court, after considering the Motion and having heard and considered the statements of the Trustee, finds that the Trustee's Motion should be granted as amended; therefore, by and with the consent of the parties, it is ORDERED:

1. The Motion, as amended, by the Trustee allowing an amended claim in favor of Americas Servicing is granted.

2. The monthly payment in favor of Americas Servicing is $1,721.57 per month effective March, 2011.

3. The Trustee shall review the Debtors' plan to determine if an increase in plan payments is needed and shall amend the Debtors' plan accordingly.

# PARTIES IN INTEREST
## Page 1 of 1
## 07-81258 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**