**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: Earl M. Riley | ) | **Motion and Notice** |
| Verline B. Riley | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-07-81258 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

Americas Servicing Co. filed Trustee's Claim No. 1 which was allowed as a secured long-term continuing debt. The Trustee has been informed by Americas Servicing Co. that after an escrow analysis, the monthly payment has changed to $1,705.15 effective September, 2011.

The Standing Trustee respectfully recommends to the Court that an Order be entered amending the claim and providing a monthly payment to Americas Servicing Co. of $1,705.15 effective September, 2011.

Date: August 1, 2011                                                                 s/Richard M. Hutson, II
    ej                                                                                               Standing Trustee

------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before September 1, 2011, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  September 13, 2011, at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: August 1, 2011                                                             OFFICE OF THE CLERK
                                                                                                     U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**07-81258 C-13D**

Earl M. Riley
Verline B. Riley
307 Ebon Rd.
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Americas Servicing Co.
Attn: Managing Agent
One Home Campus
Des Moines, IA 50328